IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HUNTLEIGH USA CORPORATION, Plaintiff, | No. 03-2670C |
| - against - | (Judge Margolis) |
| THE UNITED STATES, Defendant. | |

**PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO PRODUCE DOCUMENTS AND TO ANSWER INTERROGATORIES**

Pursuant to Rule 37(a)(2)(B) of the Rules of the United State Court of Federal Claims ("RCFC"), plaintiff Huntleigh USA Corporation ("Huntleigh") respectfully moves to compel defendant, the United States (the "Government"), to (i) produce certain withheld documents in response to Plaintiff's First Request for the Production of Documents, dated June 10, 2005, and (ii) respond fully to Plaintiff's First Set of Interrogatories, dated June 10, 2005. As set forth more fully in the accompanying memorandum of law, the Government has taken an unduly restricted view of Huntleigh's claims and, by extension, an overly constrained interpretation of the information and documents relevant to those claims. Consequently, it has wrongfully refused to produce documents responsive to numerous requests and has failed to answer (or answered inadequately) several of Huntleigh's interrogatories. The Government has also failed to produce with reasonable promptness documents that it has already agreed to provide.

In accordance with RCFC 37(a)(2)(B) and Rule 10 of this Court's Case Management Procedures, undersigned counsel for Huntleigh certifies that it has attempted to confer in good faith with counsel for the Government in order to resolve the matters in dispute. Huntleigh's efforts to reach an amicable resolution of this dispute are detailed more fully in its memorandum of law, which is being submitted herewith.

For the foregoing reasons, Huntleigh respectfully requests that the Court issue an order (i) granting this motion in its entirety; (ii) compelling the Government to produce documents in response to each of the document requests identified in Huntleigh's memorandum of law; (iii) compelling the Government to completely answer all of the interrogatories identified in Huntleigh's memorandum of law; (iv) compelling the Government to complete its document production; and (v) granting such other and further relief as it may deem just and proper.

Dated: August 30, 2005
New York, New York

Respectfully submitted,

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

/s/ Jonathan J. Lerner
Jonathan J. Lerner (attorney of record)
Lauren E. Aguiar
William J. O'Brien
Four Times Square
New York, New York 10036-6522
Tel: (212) 735-3000
Fax: (212) 735-2000
Attorneys for Plaintiff