Exhibit E

U.S. Department of Homeland Security
Arlington, VA 22202

Transportation
Security
Administration

August 4, 2005

BY FEDERAL EXPRESS

Mr. Jonathan J. Lerner
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York 10036-6522

Re: Huntleigh USA Corporation v. United States, No. 03-2670C

Dear Mr. Lerner:

Enclosed please find the Government's first production of documents responsive to Huntleigh's First Requests for Production of Documents and First Set of Interrogatories. We will supplement this production on a rolling basis.

The attached index, entitled, "Index to First Production of Documents for Huntleigh Litigation," identifies the specific Bates-numbered pages included in this production, as well as the specific interrogatory and/or document requests to which the enclosed documents respond.

Sincerely,

Amy A. Ruggeri
Assistant Chief Counsel for Federal Litigation

Janessa L. Grady
Attorney-Advisor

Enclosures

Cc: Kyle Chadwick, U.S. Department of Justice

www.tsa.gov

# Index to First Production of Documents for Huntleigh Litigation, 8/4/05

| Document Name | Document Production Request No.(s) | Bates Stamp Range |
|---|---|---|
| | | |
| FY 2004 Congressional Justification - Budget | 7 | 008673-008713 |
| FY 2005 Congressional Justification - Budget | 7 | 008834-008900 |
| FY 2006 Congressional Justification - Budget | 7 | 008901-009020 |
| Testimony of Alexis M. Stefani, Report No. AV-2000-070, 4/16/00 | 4, 12, 14 | 007611-007652 |
| Testimony of Honorable Kenneth M. Mead, Report No. CC-2002-038, 11/14/01 | 4, 12, 14 | 007589-007610 |
| DOT OIG, Aviation Security FAA, Report No. AV-1999-068, 3/24/99 | 4, 12, 14 | 007653-007679 |
| Testimony of Alexis M. Stefani, Report No. AV-1998-134, 5/14/98 | 4, 12, 14 | 007680-007694 |
| GAO Report, Aviation Fees Review of Air Carriers' Year 2000 Passenger and Property Screening Costs, April 2005 | 4, 12, 14 | 007997-008028 |
| Testimony of Gerald L. Dillingham, 9/21/01 | 4, 12, 14 | 008029-008056 |
| Aviation Security Terrorist Acts Illustrate Severe Weaknesses in Aviation Security | 4, 12, 14 | 008057-008070 |
| Aviation Security Vulnerabilities Still Exist in the Aviation Security System | 4, 12, 14 | 008071-008090 |
| FAA Study and Report to Congress on Civil Aviation Security Responsibilities and Funding 1998 | 4, 12 | 008091-008158 |
| Notice of Proposed Rulemaking, Certification of Screening Companies, 1/5/00 | 4 | 008552-008672 |
| Notice of Rulemaking Status - Security of Checked Baggage on Flights Within the United States; Certification of Screening Companies | 4 | 008520-008551 |
| Modification No. 0004 to Screening Contract No. DTFA01-02-C-04025 | 1 | 009157-009371 |
| Letter to Joseph A. Tuero from Libby Waldman Strugatch dated 6/19/03 re: incentive bonus payments and supporting documents | 1 | 009021-009156 |
| | | |

75