Exhibit G

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-2235
DIRECT FAX
(917) 777-2235
EMAIL ADDRESS
LAGUIAR@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

August 11, 2005

By Fax

Kyle Chadwick, Esq.
United States Department of Justice
Commercial Litigation Branch, Civil Division
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Re: *Huntleigh USA Corporation v. United States,*
Index No. 03-2670C (Judge Margolis)

Dear Kyle:

On Friday, August 5, 2005, we received the Government's first installment in its "rolling production" of documents in response to Huntleigh's First Request for the Production of Documents, which Request was served on June 10, 2005. We were disappointed that, after nearly two months, the Government produced an extremely small volume of documents -- most of which seem to have been printed from the Government's various websites and respond to only five of Huntleigh's discovery requests. I also note that the production is distinctly lacking in any sort of e-mails and other electronic data. Needless to say, thus far the production falls far short of a good faith start at providing responsive documents.

Upon reviewing the production, we noticed that there are many Bates numbers missing. The beginning Bates number is 007589, rather than 000001; and at certain points, hundreds of pages in a row are missing, while at other points it is a random page here and there. Please provide an explanation for the apparently haphazard format of the production.

During our conversation early last week, you estimated that the Government would not complete its document production for another three to four weeks. Given that two months have passed since Huntleigh's requests were served, we can conceive of no legitimate reason why the production should be delayed further. We will expect that a substantial volume of documents be produced prior to the end of this

month and that the production will contain documents, including electronic materials, responsive to all of Huntleigh's requests. If that does not happen, we are prepared to raise this issue promptly with Judge Margolis. Given the discovery deadlines set by the Court, it is imperative that we receive documents as soon as possible and that there not be additional delay.

Very truly yours,

Lauren E. Aguiar

cc: Amy Ruggeri
Assistant Chief Counsel for Federal Litigation

Janessa L. Grady
Attorney-Advisor

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-2235
DIRECT FAX
(917) 777-2235
EMAIL ADDRESS
LAGUIAR@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

August 16, 2005

By Fax

Kyle Chadwick, Esq.
United States Department of Justice
Commercial Litigation Branch, Civil Division
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Re: *Huntleigh USA Corporation v. United States,*
Index No. 03-2670C (Judge Margolis)

Dear Kyle:

I received your letter of earlier today, indicating that you will not be able to respond to my August 5 letter regarding discovery disputes this week. Given the significant amount of time that will be needed to respond to the letter, I assume (although your letter does not make it clear) that you will be responding substantively to each of the points raised in my letter by "early next week." If my assumption is incorrect, please let me know immediately. Otherwise, we will wait until next Tuesday for your substantive response -- after which time we will raise these issues with the Judge so as to eliminate any further delay.

On a related note, we have received no additional documents from the Government since the small initial installment of your "rolling production" on August 5. Please let us know when we can expect the next batch of responsive documents.

Very truly yours,

Lauren Aguiar

Lauren E. Aguiar

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-2235
DIRECT FAX
(917) 777-2235
EMAIL ADDRESS
LAGUIAR@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

August 23, 2005

By Fax

Kyle Chadwick, Esq.
United States Department of Justice
Commercial Litigation Branch, Civil Division
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Re: *Huntleigh USA Corporation v. United States,*
Index No. 03-2670C (Judge Margolis)

Dear Kyle:

In my letter dated August 16, 2005, I noted that we had received no additional documents from the Government since the small initial installment of your production on August 5. Another week has passed since my letter and you still have not provided any additional materials, nor have you apprised us of when such materials will be produced. This is hardly the "rolling production" that you represented would be forthcoming. The Government's delay in producing documents is prejudicing Huntleigh's ability to prepare its case within the schedule set by the Court.

Huntleigh will be producing the first of its documents at the end of this week in response to the Government's document request, which was served on July 15.

Very truly yours,

Lauren E. Aguiar

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-2236
DIRECT FAX
(917) 777-2235
EMAIL ADDRESS
LAGUIAR@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

August 30, 2005

By Fax

Kyle Chadwick, Esq.
United States Department of Justice
Commercial Litigation Branch, Civil Division
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Re: *Huntleigh USA Corporation v. United States*, Index No. 03-2670C (Judge Margolis)

Dear Kyle:

On August 5 -- nearly two months after Huntleigh's document requests -- the government made a very small production of documents in response to the requests. You subsequently represented that the Government would make a rolling production which would be completed by month's end. In my letter dated August 16, 2005, I noted that we had received no additional documents from the Government since the small initial installment on August 5, and I asked you to inform me of the date when you would produce additional documents. Then again on August 23, 2005, after receiving no additional documents (or any indication as to when such documents would be forthcoming), I sent another letter reminding you of this fact. I further informed you that the Government's failure to produce documents is prejudicing Huntleigh's ability to prepare its case within the schedule set by the Court.

Yet another week has passed since my August 23 letter. You still have not provided any additional responsive documents, nor have you apprised us of when such materials will be produced. It is evident that the Government has no intention of producing documents within a reasonable time period. At this point, we believe that we have satisfied our meet and confer obligations under the Rules of this Court. Reluctantly,

Kyle Chadwick
August 30, 2005
Page 2

we will include in our motion to compel a request that the Court compel the Government to produce all remaining responsive documents on a timely basis.

Very truly yours,

Lauren E. Aguiar