# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
HUNTLEIGH USA CORPORATION,
Plaintiff,
v.
THE UNITED STATES,
Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 03-2670C

(Filed: September 6, 2005)

**O R D E R**

Plaintiff's motion, filed August 16, 2005, for leave to file sur-reply in further support of its opposition to defendant's motion to quash deposition notice and for protective order is **GRANTED.**

LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims