# In the United States Court of Federal Claims

| | |
|---|---|
| HUNTLEIGH USA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-2670C<br><br>(Filed: September 14, 2005) |

**O R D E R**

After a telephone hearing on September 14, 2005, Defendant's Motion to Quash Deposition Notice and For Protective Order, filed July 13, 2005, is **GRANTED.**

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims