# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
HUNTLEIGH USA CORPORATION, *

Plaintiff, *

v. * No. 03-2670C

THE UNITED STATES, * (Filed: September 14, 2005)

Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

A status conference by telephone was held in the above-captioned case on September 14, 2005.

**It is hereby ORDERED:**

1. A status conference in court shall be held on Tuesday, October 11, 2005, at 2:00 p.m.

2. A hearing in court on plaintiff's motion to compel defendant to produce documents and answer interrogatories, filed August 30, 2005, is set for Tuesday, October 11, 2005, at 2:00 p.m.

3. The courtroom shall be noted on the court calendar posted on the directory in the first floor lobby.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims