# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
HUNTLEIGH USA CORPORATION, *
Plaintiff, *
v. * No. 03-2670C
THE UNITED STATES, * (Filed: October 6, 2005)
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The status conference and hearing in court on plaintiff's motion to compel defendant to produce documents and answer interrogatories, filed August 30, 2005, has been rescheduled to Tuesday, October 18, 2005, at 3:00 p.m.

The courtroom shall be noted on the court calendar posted in the directory of the first floor lobby.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims