# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
HUNTLEIGH USA CORPORATION, *

Plaintiff, *

v. * No. 03-2670C

THE UNITED STATES, * (Filed: October 19, 2005)

Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

After a hearing in Court on October 18, 2005, Plaintiff's Motion to Compel Defendant to Produce Document Requests 15, 18, and 19 and to Answer Interrogatories Numbers 3, 9, and 13, filed August 30, 2005, is **DENIED.**

All other issues in Plaintiff's motion were rendered moot prior to the hearing by agreement of the parties.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims