# In the United States Court of Federal Claims

| | | |
|---|---|---|
| HUNTLEIGH USA CORPORATION, Plaintiff, | | |
| v. | | No. 03-2670C |
| THE UNITED STATES, Defendant. | | (Filed: October 20, 2005) |

## ORDER

A status conference in court was held in the above-captioned case on October 18, 2005.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, January 18, 2006, at 11:00 a.m. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims