IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HUNTLEIGH USA CORPORATION,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 03-2670C<br>(Senior Judge Margolis)<br>(ECF Case) |

**UNOPPOSED MOTION FOR ENTRY OF CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER**

Plaintiff Huntleigh USA Corporation ("Huntleigh"), with the express consent and agreement of defendant the United States ("Government"), respectfully submits this Unopposed Motion for Entry of Confidentiality Stipulation and Protective Order. The parties have negotiated a mutually acceptable Confidentiality Stipulation and Protective Order, to govern the production and treatment of any confidential documents and/or discovery material in this litigation.

A copy of the Confidentiality Stipulation and Protective Order is attached for the Court's signature.

The parties respectfully request that the Court "So Order" the document to which the parties have agreed.

Respectfully submitted,

/s/ Jonathan J. Lerner
Jonathan J. Lerner (attorney of record)
Lauren E. Aguiar
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Tel: (212) 725-3000
Fax: (212) 735-2000

Attorneys for Plaintiff

Dated: November 30, 2005

**TO:**

KYLE CHADWICK
Trial Attorney
Civil Division, Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7644

OF COUNSEL:
AMY ALLEN RUGGIERI
Assistant Chief Counsel for Litigation
JANESSA L. GRADY
Attorney-Adviser
Office of the Chief Counsel
Transportation Security Administration

Attorneys for Defendant