IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HUNTLEIGH USA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2670C |
| | ) | (Senior Judge Margolis) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO FILE MOTION TO COMPEL RCFC 30(b)(6) TESTIMONY UNDER SEAL, AND REQUEST FOR EXPEDITED CONSIDERATION

Pursuant to Rule 7 of the Court's Rules ("RCFC") and General Order 47A ¶ I.7 (Nov. 4, 2004), defendant, the United States, respectfully requests leave of the Court to file a motion and attachments under seal. That motion will request the Court to overrule the objections of plaintiff, Huntleigh USA Corporation, to providing testimony of a corporate representative concerning two topics identified in a deposition notice served by defendant on December 1, 2005, pursuant to RCFC 30(b)(6). Undersigned counsel and counsel for Huntleigh conferred in writing regarding the discovery dispute on December 9 and 15, 2005.

Because the parties have agreed, pursuant to RCFC 29, to conduct their respective RCFC 30(b)(6) depositions in early January 2006, which is after the scheduled close of factual discovery on December 15, 2005 and during the period scheduled for expert discovery; but the parties do not wish to extend the overall discovery period; we respectfully request the Court to grant this motion in an expedited fashion. We will, for the same

reasons, request expedited consideration of our motion to compel RCFC 30(b)(6) testimony.

The parties disagree as to whether Huntleigh should be required to provide the testimony of a corporate representative concerning two categories of expenses that are noted in Huntleigh's financial statements for calendar and fiscal year 2002. The documents produced by Huntleigh in discovery that refer to the nature and amounts of those expenses are marked confidential. Because we cannot fairly explain the grounds for compelling the testimony without describing the expenses at issue, paragraph 10 of the protective order entered on December 14, 2005 requires us to file our motion to compel under seal.

CONCLUSION

For the reasons stated above, the Government respectfully requests expedited consideration of this motion and leave to file a motion to compel RCFC 30(b)(6) testimony under seal.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/
DAVID M. COHEN
Director

OF COUNSEL:

AMY ALLEN RUGGERI
Assistant Chief Counsel
For Litigation

JANESSA L. GRADY
Attorney-Advisor
Office of the Chief Counsel
Transportation Security
Administration

s/Kyle Chadwick
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 305-7644

Attorneys for Defendant

December 22, 2005

CERTIFICATE OF FILING

I certify that on December 22, 2005, the foregoing was filed electronically. Service is complete upon filing and parties may access this filing through the Court's system.

s/Kyle Chadwick