IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HUNTLEIGH USA CORPORATION, Plaintiff, | No. 03-2670C |
| - against - | (Senior Judge Margolis) ECF Case |
| THE UNITED STATES, Defendant. | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S (1) MOTION TO FILE MOTION TO COMPEL RCFC 30(b)(6) TESTIMONY UNDER SEAL AND (2) REQUEST FOR EXPEDITED CONSIDERATION**

Plaintiff Huntleigh USA Corporation ("Huntleigh"), by and through its undersigned counsel, respectfully submits this response to defendant's Motion to File Motion to Compel RCFC 30(b)(6) Testimony Under Seal, and Request for Expedited Consideration. Huntleigh does not oppose the Government's request to file its motion to compel under seal, nor does Huntleigh oppose the Government's request for expedited consideration of either (i) its motion for leave to file under seal or (ii) its anticipated motion to compel RCFC 30(b)(6) testimony. Huntleigh intends to file its own motion to compel RCFC 30(b)(6) testimony tomorrow, and will

be requesting expedited consideration as well.

Dated: December 22, 2005
New York, New York

Respectfully submitted,

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

/s/ Jonathan J. Lerner
Jonathan J. Lerner (attorney of record)
Lauren E. Aguiar
William J. O'Brien
Four Times Square
New York, New York 10036-6522
Tel: (212) 735-3000
Fax: (212) 735-2000
Attorneys for Plaintiff