# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
HUNTLEIGH USA CORPORATION, *
Plaintiff, *
v. * No. 03-2670C
THE UNITED STATES, * (Filed: January 3, 2006)
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Defendant's motion, filed December 22, 2005, for leave to file motion to compel RCFC 30 (b)(6) testimony under seal, and request for expedited consideration is **GRANTED.**

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims