# In the United States Court of Federal Claims

| | |
|---|---|
| HUNTLEIGH USA CORPORATION, Plaintiff, | |
| v. | No. 03-2670C |
| THE UNITED STATES, Defendant. | (Filed: January 5, 2005) |

## ORDER

A hearing in court on the parties' motions to compel in the above captioned case will be held on Tuesday, January 17, 2006, at 2:00 p.m. The courtroom shall be noted on the court calendar posted in the directory of the first floor lobby.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims