IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HUNTLEIGH USA CORPORATION, Plaintiff, | : | No. 03-2670C |
| - against - | : | (Senior Judge Margolis) ECF Case |
| THE UNITED STATES, Defendant. | : | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE ITS OPPOSITION TO DEFENDANT'S MOTION TO COMPEL RCFC 30(b)(6) TESTIMONY, UNDER SEAL, AND REQUEST FOR EXPEDITED CONSIDERATION**

Pursuant to Rule 7 of the United States Court of Federal Claims ("RCFC") and General Order 42A ¶ I.7 (Nov. 4, 2004), plaintiff Huntleigh USA Corporation ("Huntleigh") respectfully requests leave to file its Opposition to Defendant's Motion to Compel RCFC 30(b)(6) Testimony, and attachments, under seal. The Government's motion seeks to compel a corporate representative to testify concerning two of the topics listed on the Government's December 1, 2005 Rule 30(b)(6) deposition notice. In opposing the Government's attempt to depose a witness on these topics, which Huntleigh views as irrelevant to this action, Huntleigh will make reference to, and attach, documents marked confidential and subject to the Protective Order in this case. Huntleigh will likewise refer to documents attached to the Government's motion, which has already been filed under seal.

Because Huntleigh has an outstanding Motion to Compel the Government to designate a Rule 30(b)(6) witness, which has been fully briefed and is scheduled for oral argument on January 17, 2006, and because the Government has requested expedited consideration of its underlying

motion, Huntleigh respectfully requests that the Court grant this motion in an expedited fashion so that it may submit its opposition as soon as possible.

## CONCLUSION

For the foregoing reasons, Huntleigh respectfully requests leave to file, under seal, its Opposition to Defendant's Motion to Compel RCFC 30(b)(6) Testimony and accompanying attachments, and expedited consideration of this motion.

Dated: January 12, 2006
New York, New York

Respectfully submitted,

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

/s/ Jonathan J. Lerner
Jonathan J. Lerner (attorney of record)
Lauren E. Aguiar
William J. O'Brien
Four Times Square
New York, New York 10036-6522
Tel: (212) 735-3000
Fax: (212) 735-2000
Attorneys for Plaintiff