# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
HUNTLEIGH USA CORPORATION, *
Plaintiff, *
v. * No. 03-2670C
THE UNITED STATES, * (Filed: January 12, 2006)
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Plaintiff's motion, filed January 12, 2006, for leave to file its opposition to defendant's motion to compel RCFC 30 (b)(6) testimony under seal, and request for expedited consideration is **GRANTED.**

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims