# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| HUNTLEIGH USA CORPORATION, | * | |
| Plaintiff, | * | |
| v. | * | No. 03-2670C |
| THE UNITED STATES, | * | (Filed: January 17, 2006) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

After a hearing in court on January 17, 2006 regarding the parties' motions to compel Rules of the Court of Federal Claims ("RCFC") Rule 30(b)(6) testimony, it is hereby **ORDERED** that:

1. Plaintiff's Motion to Compel Defendant to Designate and Produce a Witness Pursuant to RCFC 30(b)(6) and to Complete Its Document Production, filed December 23, 2005, is **GRANTED**.

2. Defendant's Motion to Compel RCFC 30(b)(6) Testimony, filed January 6, 2006, is **GRANTED**.

3. Defendant will certify that the agency head of the Transportation Security Administration personally considered the contents of, and authorized the assertion of the deliberative process/pre-decisional executive privilege with regard to, each document for which the defendant asserts that privilege.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims