IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HUNTLEIGH USA CORPORATION,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 03-2670C<br>(Senior Judge Margolis) |

**UNOPPOSED MOTION FOR ENTRY OF**
**AMENDED JOINT DISCOVERY SCHEDULE**

Plaintiff Huntleigh USA Corporation ("Huntleigh"), with the express consent and agreement of defendant the United States ("Government"), respectfully submits this Unopposed Motion for Entry of Amended Joint Discovery Schedule. The parties have negotiated a mutually acceptable Amended Joint Discovery Schedule, to govern the remainder of discovery in this case.

A copy of the Amended Joint Discovery Schedule is attached for the Court's signature.

The parties respectfully request that the Court "So Order" the document to which the parties have agreed.

Respectfully submitted,

/s/ Jonathan Lerner
Jonathan J. Lerner (attorney of record)
Lauren E. Aguiar
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Tel: (212) 725-3000
Fax: (212) 735-2000

Attorneys for Plaintiff

Dated: January 31, 2006

**TO:**

KYLE CHADWICK
Trial Attorney
Civil Division, Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7644

OF COUNSEL:
AMY ALLEN RUGGIERI
Assistant Chief Counsel for Litigation
JANESSA L. GRADY
Attorney-Adviser
Office of the Chief Counsel
Transportation Security Administration

Attorneys for Defendant

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HUNTLEIGH USA CORPORATION,<br>Plaintiff,<br>- against -<br>THE UNITED STATES,<br>Defendant. | : | No. 03-2670C<br>Senior Judge Margolis |

## **AMENDED JOINT DISCOVERY SCHEDULE**

Plaintiff Huntleigh USA Corporation and defendant the United States of America respectfully submit this Amended Joint Discovery Schedule in accordance with the Court's January 17, 2006 ruling.

| | |
|---|---|
| Close of fact discovery | December 15, 2005 |

Each party may serve a maximum of 25 interrogatories.
Each party may take a maximum of 10 depositions.
Each deposition is limited to 7 hours unless extended by agreement of the parties.

| | |
|---|---|
| Completion of Additional Document Production | February 24, 2006 |
| Completion of Additional Depositions | March 31, 2006 |
| Exchange of expert reports | April 14, 2006 |
| Close of expert discovery | May 12, 2006 |
| Dispositive motions | May 26, 2006 |
| Trial | October 3, 2006 |

Further, the Court sets the following dates for status conferences:

April ____, 2006; and July ____2006.

SO ORDERED:

______________________________
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims