# In the United States Court of Federal Claims

| | |
|---|---|
| HUNTLEIGH USA CORPORATION, Plaintiff, | |
| - against - | No. 03-2670C<br>Senior Judge Margolis |
| THE UNITED STATES, Defendant. | (Filed: February 7, 2006) |

**AMENDED JOINT DISCOVERY SCHEDULE**

Plaintiff Huntleigh USA Corporation and defendant the United States of America respectfully submit this Amended Joint Discovery Schedule in accordance with the Court's January 17, 2006 ruling.

| | |
|---|---|
| Close of fact discovery | December 15, 2005 |

Each party may serve a maximum of 25 interrogatories.
Each party may take a maximum of 10 depositions.
Each deposition is limited to 7 hours unless extended by agreement of the parties.

| | |
|---|---|
| Completion of Additional Document Production | February 24, 2006 |
| Completion of Additional Depositions | March 31, 2006 |
| Exchange of expert reports | April 14, 2006 |
| Close of expert discovery | May 12, 2006 |
| Dispositive motions | May 26, 2006 |
| Trial | October 3, 2006 |

Further, the Court sets the following dates for status conferences:

April 26, 2006, at 11:00 a.m. and July12, 2006, at 11:00 a.m.

SO ORDERED:

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims