# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
HUNTLEIGH USA CORPORATION, *
Plaintiff, *
v. * No. 03-2670C
THE UNITED STATES, * (Filed: March 15, 2006)
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

After a status conference via telephone on March 14, 2006 regarding the scope of the Court's January 17, 2006 order, the Court finds that:

The order does not compel the defendant to separately produce documents responsive to Topics 5-7 of the plaintiff's Rule 30(b)(6) deposition notice.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims