IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HUNTLEIGH USA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2670C |
| v. | ) | (Senior Judge Margolis) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO FILE SUMMARY JUDGMENT MOTION

Pursuant to Rules 6 and 6.1 of the Court's Rules ("RCFC"), defendant, the United States, respectfully requests the Court to enlarge by one business day (four calendar days), from May 26 to May 30, 2006, the deadline for filing the Government's dispositive motion. This is our first request to enlarge this deadline. Lauren E. Aguiar, counsel for plaintiff, Huntleigh USA Corporation, stated that Huntleigh does not oppose this motion.

Undersigned counsel has completed a draft of the motion, but some additional time is required for consultation with the agency and the reviewer, and to assemble and scan the documentary appendix for electronic filing. In addition, undersigned counsel will be in Denver, Colorado, on May 26, conducting an expert deposition in Richmond American Homes v. United States, Consolid. No. 05-280C (Judge Baskir). No prejudice or material delay should result.

CONCLUSION

Accordingly, we respectfully request the Court to grant this motion to enlarge the dispositive motion deadline by one business day, from May 26 to May 30, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/
DAVID M. COHEN
Director

OF COUNSEL:

AMY ALLEN RUGGERI
Assistant Chief Counsel
For Litigation

JANESSA L. GRADY
Attorney-Advisor
Office of the Chief Counsel
Transportation Security
Administration

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7644

Attorneys for Defendant

May 25, 2006

CERTIFICATE OF FILING

I certify that on May 25, 2006, this motion was filed electronically. Notice is complete upon filing and parties and others may access this filing through the Court's system.

s/Kyle Chadwick