# In the United States Court of Federal Claims

| | | |
|---|---|---|
| HUNTLEIGH USA CORPORATION, Plaintiff, | | |
| v. | | No. 03-2670C |
| THE UNITED STATES, Defendant. | | (Filed: May 31, 2006) |

## O R D E R

Defendant's unopposed motion, filed May 25, 2006, for an enlargement of time to May 30, 2006, to file its summary judgment motion is **GRANTED.**

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims