IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HUNTLEIGH USA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2670C |
| v. | ) | (Senior Judge Margolis) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF PUBLISHED OPINION

Defendant, the United States, respectfully advises the Court that on June 20, 2006, the presiding judge in Pacific Gas & Electric Co. v United States, No. 04-74C, granted the Government's motion to publish the decision issued in that case on April 27, 2006, which is discussed at pages 4 and 5 of the Government's June 8, 2006 opposition to plaintiff's motion to compel production of documents withheld upon the basis of the deliberative process privilege. The prior slip opinion was reissued on June 20, 2006, formatted for publication in the Court of Federal Claims Reporter, and is available through the Court's CM/ECF system.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
by Jeanne E. Davidson
DAVID M. COHEN
Director

OF COUNSEL:

AMY ALLEN RUGGERI
Assistant Chief Counsel
For Litigation

JANESSA L. GRADY
Attorney-Advisor
Office of the Chief Counsel
Transportation Security
Administration

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7644

Attorneys for Defendant

June 22, 2006

CERTIFICATE OF FILING

I certify that on June 22, 2006, the foregoing was filed electronically. I understand that service is complete upon filing and parties and others may access this filing through the Court's system.

s/Kyle Chadwick