# In the United States Court of Federal Claims

| | | |
|---|---|---|
| HUNTLEIGH USA CORPORATION, Plaintiff, | * | |
| v. | * | No. 03-2670C |
| THE UNITED STATES, Defendant. | * | (Filed: June 23, 2006) |

## **O R D E R**

A status conference by telephone in the above captioned case was conducted on June 22, 2006. It is hereby **ORDERED**:

1. A six-day trial on liability and damages will be held in Washington, D.C. from November 13-20, 2006, commencing each morning at 9:30 a.m.

2. The parties shall file simultaneous memorandum of contentions of fact and law by Monday, October 16, 2006. Along with the memoranda, each party shall file a witness list and exhibit list. The parties shall also file a list of joint stipulations of facts and a joint stipulation as to authenticity and admissibility of documents.

3. A pre-trial conference will be conducted in court on Wednesday, October 25, 2006, at 2:00 p.m.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims