IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HUNTLEIGH USA CORPORATION,<br>Plaintiff,<br>- against -<br>THE UNITED STATES,<br>Defendant. | No. 03-2670C<br>Judge Margolis |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ITS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rules 6 and 6.1 of the Rules of the United States Court of Federal Claims, plaintiff, Huntleigh USA Corporation ("Huntleigh") respectfully requests an enlargement of time, from June 30 to July 14, 2006, for the deadline to file its Opposition to Defendant's Motion for Summary Judgment. This is Huntleigh's first request for an enlargement of time. Defendant's counsel has informed us that it does not oppose this request.

To permit adequate time for Plaintiff and its counsel to confer and coordinate, and to develop the most appropriate response to the motion for summary judgment, Huntleigh requires this brief extension. No prejudice or material delay should result.

## CONCLUSION

Accordingly, Huntleigh respectfully requests that the Court grant this motion to enlarge the deadline to file its opposition brief from June 30 to July 14, 2006.

Dated: June 30, 2006
New York, New York

Respectfully submitted,

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

/s/ Jonathan J. Lerner
Jonathan J. Lerner (attorney of record)
Lauren E. Aguiar
Four Times Square
New York, New York 10036-6522
Tel: (212) 735-3000
Fax: (212) 735-2000
Attorneys for Plaintiff