IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HUNTLEIGH USA CORPORATION, Plaintiff, | : | No. 03-2670C (Senior Judge Margolis) |
| v. | : | |
| THE UNITED STATES, Defendant. | : | |

**UNOPPOSED MOTION TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL AND TO EXCEED THE PAGE LIMIT**

Pursuant to Rule 7 of the United States Court of Federal Claims ("RCFC") and General Order 42A ¶ I.7 (Nov. 4, 2004), plaintiff Huntleigh USA Corporation ("Huntleigh") respectfully requests leave to file its brief in opposition to the Government's motion for summary judgment, and appendices, and its RCFC 56(h)(2) submissions, under seal. In opposing the Government's motion, Huntleigh will make reference to, and attach, documents and testimony marked confidential and/or subject to the Protective Order in this case. Huntleigh will likewise refer to documents attached to the Government's motion, which has already been filed under seal.

Pursuant to RCFC 5.2(b)(1), Plaintiff respectfully requests leave to file a brief in opposition to the Government's motion for summary judgment that exceeds the 40-page standard page limit for briefs by no more than 10 pages.

This case involves a number of complex and heavily-disputed issues of fact and law, including the fact-specific inquiry that the Court must undertake to

determine the economic impact upon, and the damages suffered by, Huntleigh as a result of the taking. Because Huntleigh is opposing a dispositive motion, it seeks the necessary latitude to exceed the page limit and present the Court with a full explanation of the multitude of factual and legal issues that bear on the Government's motion. Addressing all of the issues in sufficient detail will require Plaintiff to exceed the 40-page standard limitation for briefs. Plaintiff is mindful of the Court's time and resource constraints. Plaintiff does not expect to exceed the limit by more than 10 pages and will make every effort to make the necessary arguments and present the pertinent facts in fewer pages.

Plaintiff has conferred with Defendant's counsel, who does not oppose this motion. For the foregoing reasons, Plaintiff respectfully requests that this motion be granted.

July 12, 2006

Respectfully submitted,

/s/ Jonathan Lerner
Jonathan J. Lerner (attorney of record)
Lauren E. Aguiar
SKADDEN, ARPS, SLATE
MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Tel: (212) 735-3000
Fax: (212) 735-2000

Attorneys for Plaintiff
Huntleigh USA Corporation