# In the United States Court of Federal Claims

| | |
|---|---|
| HUNTLEIGH USA CORPORATION, Plaintiff, | |
| v. | No. 03-2670C |
| THE UNITED STATES, Defendant. | (Filed: July 13, 2006) |

## O R D E R

Plaintiff's unopposed motion, filed July 12, 2006, to file its opposition to defendant's motion for summary judgment under seal and to exceed the page limit is **GRANTED.**

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims