IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HUNTLEIGH USA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2670C |
| v. | ) | (Senior Judge Margolis) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6 and 6.1 of the Court's Rules, defendant, the United States, respectfully requests the Court to enlarge by seven calendar days (five business days), from July 31 to and including August 7, 2006, the deadline for the Government's reply in support of our dispositive motion. This is our first request to enlarge this deadline. Counsel for plaintiff, Huntleigh USA Corporation, stated that Huntleigh does not oppose this motion.

The principal reasons that we require extra time to complete our reply are that plaintiff filed a 49-page opposition brief and 61 proposed findings of fact. Additionally, undersigned counsel is preparing an opposition to summary judgment and cross-motion in Richmond American Homes of Colorado v. United States, Consolid. No. 05-280C (Judge Baskir), which is also due on July 31. No prejudice or material delay should result from the enlargement.

CONCLUSION

Accordingly, we respectfully request the Court to grant our motion to enlarge the due date of the Government's reply by seven calendar days, from July 31 to and including August 7, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

OF COUNSEL:

AMY ALLEN RUGGERI
Assistant Chief Counsel
For Litigation

JANESSA L. GRADY
Attorney-Advisor
Office of the Chief Counsel
Transportation Security
Administration

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7644

Attorneys for Defendant

July 26, 2006

CERTIFICATE OF FILING

I certify that on July 26, 2006, this motion was filed electronically. Service is complete upon filing and parties and others may access this filing through the Court's system.

s/Kyle Chadwick