# In the United States Court of Federal Claims

| | |
|---|---|
| HUNTLEIGH USA CORPORATION, Plaintiff, | |
| v. | No. 03-2670C |
| THE UNITED STATES, Defendant. | (Filed: August 2, 2006) |

## ORDER

Defendant's unopposed motion, filed July 28, 2006, for an enlargement of time, to and including August 7, 2006, to file its reply in support of its dispositive motion is **GRANTED.**

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims