IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HUNTLEIGH USA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2670C |
| v. | ) | (Senior Judge Margolis) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Defendant, the United States, respectfully requests the Court to accept for filing the Government's 24-page reply in support of our motion for summary judgment, notwithstanding the 20-page limitation under RCFC 5.2(b)(2). Counsel for plaintiff, Huntleigh USA Corporation, stated that Huntleigh does not oppose this motion. Huntleigh filed a 49-page opposition, which informally requests summary judgment for plaintiff upon count two. Under these circumstances, the four additional pages of our reply are reasonable and should cause no material prejudice, inconvenience, or delay.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
by Mark A. Melnick
DAVID M. COHEN
Director

OF COUNSEL:

AMY ALLEN RUGGERI
Assistant Chief Counsel
For Litigation

JANESSA L. GRADY
Attorney-Advisor
Office of the Chief Counsel
Transportation Security
Administration

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7644

Attorneys for Defendant

August 7, 2006

CERTIFICATE OF FILING

I certify that on August 7, 2006, this motion was filed electronically. Service is complete upon filing and parties and others may access this filing through the Court's system.

s/Kyle Chadwick