# In the United States Court of Federal Claims

| | | |
|---|---|---|
| HUNTLEIGH USA CORPORATION, Plaintiff, | | |
| v. | | No. 03-2670C |
| THE UNITED STATES, Defendant. | | (Filed: August 9, 2006) |

**ORDER**

Defendant's unopposed motion, filed August 7, 2006, for leave to exceed the page limit is **GRANTED.** Defendant is allowed to file its 24-page reply in support of its motion for summary judgment.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims