# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| HUNTLEIGH USA CORPORATION, | * | |
| Plaintiff, | * | |
| v. | * | No. 03-2670C |
| THE UNITED STATES, | * | (Filed: September 13, 2006) |
| Defendant. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

**O R D E R**

The pre-trial hearing set for October 25, 2006, is rescheduled to Thursday, October 26, 2006, at 2:00 p.m. The courtroom shall be noted on the court calendar posted in the directory of the first floor lobby.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims