IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HUNTLEIGH USA CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 03-2670C
(Judge Margolis)

ECF Case

**JOINT CERTIFICATION**

Pursuant to Appendix A ¶13(d) of the United States Court of Federal Claims ("RCFC"), plaintiff Huntleigh USA Corporation ("Huntleigh") and defendant United States (the "Government") jointly certify that on August 29, 2006 the parties held an early meeting of counsel as required by RCFC Appendix A ¶13.

Huntleigh and the Government exchanged Exhibit and Witness Lists pursuant to RCFC Appendix A ¶ 13(a) and (b).

Counsel of record for the Government states that the parties met and accomplished, to the extent possible, all matters required by RCFC Appendix A ¶ 13.

Pursuant to RCFC Appendix A ¶ 13(c), Huntleigh certifies as follows:

(1) Neither party expressed an intention to file a motion for leave to file a transcript of deposition for introduction at trial, unless a witness becomes unavailable. However, the parties agreed to exchange deposition designations and to stipulate to testimony that may be used (i) at trial and/or (ii) in pre- and post-trial submissions. Should there be any designated deposition testimony that the witness's

counsel reasonably believes must be rebutted and/or rehabilitated though live testimony of that witness at trial, counsel for such witness will be entitled to do so;

(2) The Government did not object to any of the witnesses designated on Huntleigh's witness list. Huntleigh expressed an objection to the Government's designation of David Sass. The parties agreed that this objection may be alleviated by stipulating to certain facts/subject matters for which the Government proposed Mr. Sass's testimony. The parties are working on stipulated language, but Huntleigh reserves its right to challenge Mr. Sass's proposed testimony should he remain on the Government's Witness List. Huntleigh has also subsequently expressed a possible objection to the designation of Robin "Chuck" Burke. The parties agreed to permit depositions of witnesses not previously disclosed.

Counsel for Huntleigh believes that because the Government did not provide Huntleigh with its objections, if any, to Huntleigh's exhibit list, the parties were not able to resolve, if possible, objections to the admission of exhibits, as required by the rules. Pursuant to the September 21, 2006 teleconference with Judge Margolis, the parties will exchange potential objections to the authenticity and/or admissibility of any document listed on the other parties' Exhibit List. The Government's counsel will provide Huntleigh's counsel with a date certain by which the Government will be prepared to exchange such objections.

(3) The parties agreed that contentions of law and fact were previously exchanged, in connection with the pending Motion for Summary Judgment, and reserve their rights to raise additional contentions of law and fact in pre-trial briefing;

(4) The parties engaged in a good-faith, diligent effort to stipulate to facts about which the parties know, or have reason to know, there can be no dispute. The parties are preparing such stipulations;

(5) The parties determined that the case is not appropriate for resolution by the Court on the basis of a documentary record; and

(6) The parties have not reached a settlement and agreed that one is not likely at this time.

September 22, 2006

Respectfully submitted,

/s/ Jonathan Lerner
Jonathan J. Lerner (attorney-of-record)
Lauren E. Aguiar

Four Times Square
New York, New York 10036-6522
Tel: (212) 735-3000
Fax: (212) 735-2000

Attorneys for Plaintiff
Huntleigh USA Corporation

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St. N.W.
Attn: Classification, 8th Floor
Washington DC 20530
Tel: (202) 305-7561
Fax: (202) 305-7644

Attorneys for Defendant