# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
HUNTLEIGH USA CORPORATION,
Plaintiff,
v.
THE UNITED STATES,
Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 03-2670C

(Filed: October 11, 2006)

**ORDER**

Plaintiff's motion, filed August 15, 2006, for leave to file a sur-reply in further opposition to defendant's motion for summary judgment, is **GRANTED**. Plaintiff shall file its sur-reply.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims