# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
HUNTLEIGH USA CORPORATION, *
Plaintiff, *
v. * No. 03-2670C
THE UNITED STATES, * (Filed: October 12, 2006)
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

On October 12, 2006, a hearing was held in open court on Defendant's motion for summary judgment, filed May 30, 2006. For the reasons stated in court, Defendant's motion for summary judgment is **DENIED**.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims