IN THE UNITED STATES COURT OF FEDERAL CLAIMS

HUNTLEIGH USA CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 03-2670C
(Senior Judge Margolis)

**PLAINTIFF'S WITNESS LIST**

Pursuant to the Court's June 23, 2006 Order and the Rules of the United States Court of Federal Claims Appendix A ¶ 15, Plaintiff Huntleigh USA Corporation ("Huntleigh") reserves the right to call the following witnesses during Huntleigh's case-in-chief or for rebuttal purposes at trial. Huntleigh reserves the right to call or recall anyone identified on Defendant's Witness List, and to call such other witnesses as may be appropriate under the RCFC, including but not limited to, witnesses to be used for impeachment. Huntleigh reserves the right to call witnesses through stipulated deposition testimony, including witnesses not listed below.

| **Witness Name/Affiliation** | **Topic of Testimony** | **Est. time of Direct Testimony** |
|---|---|---|
| Michael Barnea<br><br>Former consultant/ employee, ICTS/Huntleigh | Transactions involving airport security/screening companies, including the valuations of such companies | 1-2 hours |
| Robin Burke<br><br>Deputy Chief Technology Officer, TSA | The equipment and technology involved in passenger and baggage pre-board screening | 30 min-1 hour |

| Witness Name/Affiliation | Topic of Testimony | Est. time of Direct Testimony |
|---|---|---|
| Richard Hayes<br><br>Director of Operations, Office of Security Operations, TSA | Passenger and baggage pre-board screening staffing levels and through-put statistics | 30 min-1 hour |
| Elizabeth Kolmstetter<br><br>Deputy Assistant Administrator of Human Capital Planning and Policy, TSA | The changes and/or enhancements to passenger and baggage screening implemented by the Government after September 11, 2001 ("9/11"), including decisions with respect to personnel, hiring criteria, staffing | 30 min-1 hour |
| Richard Price<br><br>Director of Human Resources, Huntleigh | Huntleigh's operations and human resources | 30 min-1 hour |
| Robert Shupe<br><br>Chief Financial Officer, Huntleigh | Huntleigh's operations and finances | 1 hour |
| Capt. Edmond Soliday<br><br>Huntleigh expert, airline industry | The matters addressed in and arising from Captain Soliday's Expert Report | 2-3 hours |
| Richard Sporn<br><br>President and Chief Executive Officer, Huntleigh | Huntleigh's business operations, finances, and services<br><br>The heightened threat environment and demand for screening services immediately following 9/11<br><br>Federalization of screening services after passage of the Aviation Transportation Security Act (the "Act")<br><br>The impact on Huntleigh's business of the federalization of that business<br><br>Huntleigh's exploration of strategic alternatives and sale following federalization of its screening business | 2-3 hours |

| Witness Name/Affiliation | Topic of Testimony | Est. time of Direct Testimony |
|---|---|---|
| Christain D. Tregillis<br><br>Huntleigh expert, damages issues | The matters addressed in and arising from Mr. Tregillis's Expert Reports and Affidavit | 3-4 hours |
| Joseph Tuero<br><br>Former President and Chief Executive Officer, Huntleigh | Huntleigh's business operations, finances, and services<br><br>The heightened threat environment and demand for screening services immediately following 9/11<br><br>Federalization of screening services after passage of the Act<br><br>The impact on Huntleigh's business of the federalization of that business<br><br>Huntleigh's exploration of strategic alternatives and potential sale options following federalization of its screening business | 3-4 hours |
| Anthony Washington<br><br>Deputy Chief Counsel for Procurement, TSA | The basis on which the Government decided to employ Huntleigh as a provider of passenger and baggage screening services in the period between the passage of the Act and complete federalization<br><br>The Government's decisions with respect to compliance with the Act<br><br>The Government's assumption of responsibility for existing private passenger and baggage screening contracts<br><br>The Government's determination of whether and in what manner to assume or take assignment of Huntleigh's passenger and baggage screening contracts<br><br>The testimony to Congress on January 23, 2002 by John Magaw and the portion of the TSA's March 31, 2003 Report to Congress on Transportation Security pertaining to the assumption of passenger screening contracts<br><br>Government attempts to inform private security companies and/or the public, prior to 9/11, that it might assume responsibility for airport passenger and baggage | 1 hour |

| Witness Name/Affiliation | Topic of Testimony | Est. time of Direct Testimony |
|---|---|---|
| | screening or otherwise prevent private screening companies from continuing under existing contracts<br><br>The economic impact that the Act may impose, or did impose, on passenger and baggage screening companies<br><br>The impact of 9/11 on airport security | |
| Doron Zicher<br><br>Former Vice President of Product Development, ICTS; General Manager, I-SEC | Passenger and baggage screening industry in the US and Europe, and the development and growth thereof | 1-2 hours |

Dated: October 20, 2006

Respectfully submitted,

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

/s/ Jonathan J. Lerner

Jonathan J. Lerner (attorney of record)
Lauren E. Aguiar
Four Times Square
New York, New York 10036-6522
Tel: (212) 735-3000
Fax: (212) 735-2000

Attorneys for Plaintiff
Huntleigh USA Corporation

Of counsel:

Sarah Heckman Yardeni
Elliot Friedman