IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HUNTLEIGH USA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2670C |
| v. | ) | (Senior Judge Margolis) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

# DEFENDANT'S WITNESS LIST

Pursuant to Appendix A ¶ 15 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully identifies the following witnesses for trial.

1. We reserve the right to call or recall anyone identified in plaintiff's witness list.

2. Anthony L. Washington
Deputy Chief Counsel for Procurement
Transportation Security Administration
Arlington, VA
(571) 227-2800

Mr. Washington may testify regarding the status, prior to and immediately after September 11, 2001, of potential changes in the law with respect to airline passenger and baggage screening requirements; the drafting, award, and negotiation of the interim passenger and baggage screening contracts, especially plaintiff's contract (including the award of the former Argenbright screening locations to plaintiff), following the passage of the Aviation and Transportation Security Act of 2001; and communications between the Government and industry in late 2001 and 2002 concerning whether the Government would assume existing passenger and baggage screening contracts.

3. Peter J. Phalon
Managing Director
Phalon George Capital Advisors
14881 Quorum Dr. Suite 430
Dallas, TX 75254
(972) 690-5400

Mr. Phalon may testify concerning the opinions expressed in his expert report, and the bases for the opinions, concerning the fair market value of plaintiff's screening business in November 2001, plaintiff's financial results during 2002, and the effect of ATSA upon plaintiff's non-screening business lines.

4. Joseph A. Tuero
(former president and chief executive officer of plaintiff)
2372 Canyon Dr.
St. Charles, MO

If necessary, Mr. Tuero may be called as an adverse witness to testify concerning plaintiff's contracts with air carriers before and after September 11, 2001; its internal financial projections immediately before and after the passage of the Aviation and Transportation Security Act; its financial condition between September 11 and November 19, 2001; its business development activities between 2002 and 2005, including his lay opinions regarding ICTS's goals for, and oversight of, plaintiff during this period; plaintiff's discussions with Comvest concerning a potential sale of plaintiff or its assets; and the offer to purchase plaintiff that Mr. Tuero communicated to ICTS in 2005.

5. David Sass
(board member and former general counsel of plaintiff)
260 Madison Ave.
New York, NY

If necessary, Mr. Sass may be called as an adverse witness to testify concerning the negotiation, award, and performance of plaintiff's interim passenger and baggage screening contract in 2002.

6. Robin "Chuck" Burke
Deputy Chief Technology Officer
Transportation Security Administration
Arlington, VA
(571) 227-1152

Mr. Burke may testify regarding Federal Aviation Administration oversight of airport security screening before and immediately after September 11, 2001; and the changes in Federal law enforcement and airport security coordination which were implemented pursuant to the Aviation and Transportation Security Act.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7644

Attorneys for Defendant

OF COUNSEL:

AMY ALLEN RUGGERI
Assistant Chief Counsel
For Litigation

JANESSA L. GRADY
Senior Counsel
Office of the Chief Counsel
Transportation Security
Administration

October 20, 2006