IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HUNTLEIGH USA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2670C |
| v. | ) | (Senior Judge Margolis) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S EXHIBIT LIST

Pursuant to Appendix A ¶ 16 of the Court's Rules, defendant, the United States, respectfully submits its list of trial exhibits. In addition to the exhibits below, we reserve the right to offer into evidence any documents in plaintiff's exhibit list, to the extent they are not introduced, or are not introduced in full, during plaintiff's direct case.

1. Plaintiff's Supplemental Responses and Objections to Defendant's First Set of Interrogatories (Nov. 1, 2005)

2. [not used]

3. [not used, pursuant to pending stipulation]

4. ICTS International NV stock price chart for July 1, 2001 through December 31, 2001, generated from http://moneycentral.msn.com/investor/charts/

5. Huntleigh USA Corporation, Financial Statements 2001 and 2002

6. Huntleigh USA Corporation, Financial Statements 2002 and 2003

7. Huntleigh USA Corporation, Financial Statements 2000 and 2001

8. ICTS International N.V., SEC Form 20-F/A for FY 2004, filed Aug. 8, 2005

9. Huntleigh USA Corp., Budget 2002 Meeting. Amsterdam, Dec 2001 (HUSA 2954-75)

10. TSA GO Team 19 minutes (December 2001)

11. TSA GO Team Status Report (Jan. 21, 2002)

12. Transcript of Subcommittee on Aviation, Senate Committee on Commerce, Science and Transportation: Hearing on Aviation Security, S. Hrg. 106-1136 (April 6, 2000)

13. Testimony of the Air Transport Association on the Financial Condition of the Airline Industry (Sept. 19, 2001)

14. Government Accountability Office, "Commercial Aviation: A Framework for Considering Federal Assistance," delivered as testimony of David M. Walker before Senate Committee on Commerce, Science and Transportation (Sept. 20, 2001), available through http://www.gao.gov/docsearch/

15. Transcript of Subcomittee on Aviation, House Committee on Transportation and Infrastructure: Hearing on Aviation Security and the Future of the Aviation Industry (Sept. 25, 2001)

16. Congressional Record, Oct. 11, 2001 (Senate roll call vote on ATSA bill)

17. [not used]

18. Expert report of Peter J. Phalon and exhibits (April 27, 2006)

19. Minutes of all Huntleigh board meetings in September and October 2001

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

OF COUNSEL:

AMY ALLEN RUGGERI
Assistant Chief Counsel
For Litigation

JANESSA L. GRADY
Attorney-Advisor
Office of the Chief Counsel
Transportation Security
Administration

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7644

Attorneys for Defendant

October 20, 2006

CERTIFICATE OF FILING

I certify that on October 20, 2006, the attached was filed electronically. I understand that service is complete upon filing and that parties may access the filing through the Court's electronic system.

s/Kyle Chadwick