# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
HUNTLEIGH USA CORPORATION,
Plaintiff,
v.
THE UNITED STATES,
Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 03-2670C

(Filed: October 25, 2006)

## ORDER

Defendant's motion, filed October 23, 2006, for leave to file a corrected witness list, is **GRANTED**. Defendant shall file its corrected witness list.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims