# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
HUNTLEIGH USA CORPORATION, *
Plaintiff, *
v. * No. 03-2760C
THE UNITED STATES, * (Filed: November 1, 2006)
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

A pre-trial conference was held in Court on October 26, 2006.

**It is hereby ORDERED:**

1. A six-day trial, in Washington, DC, is set for November 13-20, 2006, beginning each morning at 9:30 a.m.

2. Each party shall be afforded 20 hours for an opening statement not to exceed 30 minutes in length, direct examination, cross-examination, and any re-direct, re-cross, or rebuttal examination. Each party shall make its own determination as to how it divides its respective time.

3. Defendant shall serve and file responses to Plaintiff's motion *in limine* and request to add documents to its exhibit list by November 1, 2006.

4. Plaintiff shall serve and file any reply to Defendant's responses by November 2, 2006.

5. The parties shall deliver two copies of the complete set of their trial exhibits to Judge Margolis' chambers by November 7, 2006. Additionally, the parties shall bring the originals with them to the trial.

6. Each party shall designate the exhibits that it considers to be the most important to a determination of the issues to be tried and provide a list of such designations to the Court by November 7, 2006.

7. The parties shall serve and file post-trial briefs, proposed findings of fact, and conclusions of law, with detailed citations to the record, at a date to be established by the Court following the conclusion of the trial. After receipt of post-trial briefs, the Court will establish a date for the parties to present closing arguments, not exceeding one hour in length for each side.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims