IN THE UNITED STATES COURT OF FEDERAL CLAIMS

HUNTLEIGH USA CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 03-2670C
(Senior Judge Margolis)

**PLAINTIFF'S RESPONSE TO DEFENDANT'S "NOTICE OF PLAINTIFF'S REFUSAL TO PROVIDE EXHIBITS, AND REQUEST FOR EXPEDITED RELIEF"**

Plaintiff Huntleigh USA Corporation ("Huntleigh") respectfully submits this response to the Government's unnecessary filing this morning, which misleadingly claims that Plaintiff has "refused" to provide exhibits. To say we were surprised that any "dispute" existed, much less that the Government would burden the Court with a motion, is an understatement. Indeed, the parties were in communication yesterday and the Government never motioned that it was in any way dissatisfied with our response. As set forth below, there plainly is no need for the Court to "clarify" its trial procedure or to do so on an expedited basis.

As the attached correspondence makes clear, the Government requested a certain subset of Plaintiff's Trial Exhibits on October 30. They had not requested all of Plaintiff's Trial Exhibits. (See Pretrial Conference Tr. at 14-15). On November 2, Huntleigh promptly provided the Government with copies of the exhibits requested, other than ones that had originated with the Government's own document production. On November 3, when the Government demanded that we supply additional copies of documents already in its files, Huntleigh informed the

Government that it would provide the documents previously requested that had not already been sent. On November 6, we sent copies of all of the exhibits requested -- including those which the parties already had exchanged. As of today, the Government has received all of the exhibits that it has requested from Huntleigh. Until the Government's unannounced motion this morning, Huntleigh thought that the Government's requests had all been satisfied.

If the Government seeks copies of all of the remaining documents on Plaintiff's Exhibit List -- including those which are already in the Government's files -- then Huntleigh will provide such copies "on or before the first day of trial."

Dated: November 7, 2006

Respectfully submitted,

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

/s/ Jonathan J. Lerner
Jonathan J. Lerner (attorney of record)
Lauren E. Aguiar
Four Times Square
New York, New York 10036-6522
Tel: (212) 735-3000
Fax: (212) 735-2000
Attorneys for Plaintiff
Huntleigh USA Corporation

Of counsel:

Sarah Heckman Yardeni
Elliot Friedman

**Yardeni, Sarah Heckman**

**From:** Kyle.Chadwick@usdoj.gov
**Sent:** Monday, October 30, 2006 11:21 AM
**To:** Aguiar, Lauren; Yardeni, Sarah Heckman
**Subject:** Huntleigh plaintiff's exhibits

I would appreciate receiving copies of the following Huntleigh exhibits at the earliest opportunity: 179-288, 341, 419-600, and 601-607 to the extent the latter are excerpts of treatises, rather than the entire books. Thanks.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

212-735-2235
DIRECT FAX
917-777-2235
EMAIL ADDRESS
LAGUIAR@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

November 2, 2006

**BY FACSIMILE**

Kyle Chadwick, Esq.
United States Department of Justice
Commercial Litigation Branch, Civil Division
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Re: *Huntleigh USA Corporation v. United States,*
Index No. 03-2670C (Senior Judge Margolis)

Dear Kyle:

I write in response to your request for copies of certain of Plaintiff's Trial Exhibits.

Exhibits 179-280 are documents bearing a bates stamp "PGCA" and were produced to Huntleigh by the Government, in response to Huntleigh's Request for the Production of Documents in Connection With Expert Discovery, served on May 19, 2006. Huntleigh received these documents directly from the Government, so you undoubtedly have copies in your file. If you would like Huntleigh to make an additional copy of the Government's documents, we will do so, but cannot bear the cost.

Exhibits 281-288 are prior expert reports and deposition testimony of Mr. Phalon. Indeed, on August 16, you forwarded to us Exhibits 283-84 and 286. We will however, provide you with copies of the other Exhibits within this range.

Exhibit 341 is the Rebuttal Report of Huntleigh's expert Christian Tregillis, which was produced to the Government on May 16.

Exhibits 419-421, 432-517, and Exhibits 573-596 are documents Huntleigh received from the Government on December 5, 2005 in response to the Government's subpoena to Comvest Investment Partners. Again, if the Government would like Huntleigh to make an

additional copy of these documents produced by the Government we will do so, but cannot bear the cost.

I enclose copies of the other Exhibits you requested: 424-431, 519-571 and 597.[1] With respect to the remaining exhibits, we will determine if it would be more appropriate to provide portions of these exhibits or the entire document. I expect to be able to do that no later than Monday.

Very truly yours,

Lauren E. Aguiar

Enclosures (by overnight delivery)

---

[1] We are removing Exs. 422, 423 and 518 from our Trial Exhibit List and those numbers will not be used.

**U.S. Department of Justice**

Civil Division

PDK:DMC:KChadwick
DJ No. 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

Telephone: (202) 305-7562
Facsimile: (202) 305-7644

*Washington, D.C. 20530*

November 3, 2006

Lauren E. Aguiar
Skadden, Arps, Slate Meagher & Flom
Four Times Square
New York, NY 10036-6522

Re: Huntleigh USA Corp. v. United States,
Fed. Cl. No. 03-2670 C

Dear Ms. Aguiar:

This responds to your letter of November 2, 2006 concerning plaintiff's exhibits. The letter and your remarks during the telephone call with the judge's clerk yesterday suggest plaintiff may be unfamiliar with the trial procedures of the United States Court of Federal Claims. As Judge Margolis stated during the pretrial conference, each party is required to provide the other party a complete set of its exhibits no later than the start of trial. Supplying us that copy of your exhibits is a litigation cost of plaintiff that we will not assume. Pursuant to the procedure to which the parties agreed on the record at the pretrial conference, I asked you earlier this week to provide certain of plaintiff's exhibits to us promptly. Thank you for the exhibits which were delivered to me this morning. However, all of our requests stand, regardless of whether any given document we have identified was originally produced by the Government, or was given to us earlier in the case, before being made a trial exhibit. If I do not have your assent to the above by the close of business today, we will file a notice bringing these issues to the court's attention and requesting immediate relief.

Very truly yours,

KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch

**Yardeni, Sarah Heckman**

| | |
|---|---|
| **From:** | Aguiar, Lauren |
| **Sent:** | Friday, November 03, 2006 5:44 PM |
| **To:** | 'Kyle.Chadwick@usdoj.gov' |
| **Cc:** | Janessa.Grady@dhs.gov |
| **Subject:** | RE: Huntleigh v. U.S. (Fed. Cl.) |
| **Attachments:** | 20061103_123905_0000.pdf |

20061103_123905_0000.pdf (46 K...

I do not agree with a number of the statements in your November 2 letter. With regard to your request that Huntleigh provide the Government with an additional copy of documents already exchanged between the parties, while we don't necessarily agree that we are required to do so, we will send you a copy of the exhibits requested in your October 30 email that we did not include in the shipment yesterday.

-----Original Message-----
From: Kyle.Chadwick@usdoj.gov [mailto:Kyle.Chadwick@usdoj.gov]
Sent: Friday, November 03, 2006 12:46 PM
To: Aguiar, Lauren
Cc: Janessa.Grady@dhs.gov
Subject: Huntleigh v. U.S. (Fed. Cl.)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

212-735-2235
DIRECT FAX
917-777-2235
EMAIL ADDRESS
LAGUIAR@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

November 6, 2006

**BY FACSIMILE**

Kyle Chadwick, Esq.
United States Department of Justice
Commercial Litigation Branch, Civil Division
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Re: *Huntleigh USA Corporation v. United States*, Index No. 03-2670C (Senior Judge Margolis)

Dear Kyle:

Enclosed are the remaining copies of Plaintiff's Trial Exhibits that were requested in your email of October 30, 2006. With the documents that were sent to you on November 2, you now have all of Plaintiff's Trial Exhibits that you requested.

Very truly yours,

Lauren Aguiar

Lauren E. Aguiar

Enclosures (by overnight delivery)