IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HUNTLEIGH USA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2670C |
| v. | ) | (Senior Judge Margolis) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AUTHORIZATION TO SERVE SUBPOENA

Pursuant to Rule 45(b)(2) of the Court's Rules, defendant, the United States, respectfully requests the Court to enter an order authorizing the issuance of a subpoena to compel David Sass, of 260 Madison Ave., New York, New York (business address), which is more than 100 miles from the Court, to appear at trial as a witness in defendant's case in chief. Mr. Sass is a member of the board of directors of plaintiff's parent company and participated in the negotiation of plaintiff's interim screening contract with the Transportation Security Administration in early 2002. We are filing this motion as a protective measure. The parties have discussed, but have not yet agreed upon, a stipulation that would obviate the need for Mr. Sass's testimony.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
by Donald E. Kinner
DAVID M. COHEN
Director

OF COUNSEL:

AMY ALLEN RUGGERI
Assistant Chief Counsel
For Litigation

JANESSA L. GRADY
Attorney-Advisor
Office of the Chief Counsel
Transportation Security
Administration

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7644

Attorneys for Defendant

November 7, 2006

CERTIFICATE OF FILING

I certify that the attached was filed electronically on November 7, 2006. I understand that service is complete upon filing and that parties and others may access this filing through the Court's electronic system.

s/Kyle Chadwick