# In the United States Court of Federal Claims

| | | |
|---|---|---|
| HUNTLEIGH USA CORPORATION, Plaintiff, | | |
| v. | | No. 03-2670C |
| THE UNITED STATES, Defendant. | | (Filed: November 7, 2006) |

**ORDER**

Defendant's request for expedited relief, filed November 7, 2006, in its notice of plaintiff's refusal to provide exhibits, is **GRANTED**. Plaintiff shall provide Defendant with properly marked copies of all documents on Plaintiff's exhibit list–including those which are already in the Government's files–on or before the first day of trial.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims