# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

HUNTLEIGH USA CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 03-2670C

(Filed: November 7, 2006)

## ORDER

Plaintiff's motion *in limine*, filed October 25, 2006, to preclude defendant from asserting factual contentions at trial not set forth in its memorandum of contentions of fact and law, is **DENIED** for the following reasons:

- Both parties have set forth the alleged facts in this case in great detail in filings related to the three motions previously denied by this Court.

- Plaintiff's exhibit list contains approximately 630 exhibits that may be introduced at trial; Defendant lists only 19 exhibits on its exhibit list. Plaintiff's witness list names 12 witnesses that it may call at trial, and estimates a total of 16-24 hours of direct testimony; Defendant lists five witnesses that it may call at trial, three of whom are on Plaintiff's witness list, and estimates approximately 8-10 hours of direct testimony. Thus, Plaintiff is well aware of the documents that will be introduced into evidence and the witnesses that may be called at trial.

- In Defendant's Memorandum of Contentions of Fact and Law, alleged facts are intermingled with the discussion of legal issues.

- Considering all of these factors, it is highly unlikely that Plaintiff will be surprised or "ambushed" at trial by the introduction of unanticipated facts.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims