IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HUNTLEIGH USA CORPORATION, Plaintiff, v. THE UNITED STATES, Defendant. | No. 03-2670C (Judge Margolis) ECF Case |

**JOINT STIPULATION AND ORDER**
**ON PRE-TRIAL MATTERS AND TRIAL PROCEDURE**

Pursuant to Appendix A ¶ 17 of the United States Court of Federal Claims ("RCFC") and a pre-trial conference conducted on October 26, 2006, plaintiff Huntleigh USA Corporation ("Huntleigh") and defendant the United States (the "Government") hereby stipulate as follows:

1. On the last day of trial, the parties will agree on the list of exhibits that were admitted into evidence, and will provide copies of such exhibits to the court reporter.

2. The parties shall exchange any demonstrative exhibits at least 24 hours before the time the witness to which the exhibit(s) relate will testify at trial.

3. The parties will provide the Court with information regarding the city/state in which each witness resides.

4. Witnesses associated with plaintiff will take the stand only once for direct examination, cross-examination, and, to the extent otherwise appropriate, examination by defendant as if on direct, pursuant to FRE 611(b). The Government reserves the right to recall witnesses associated with defendant in its case in chief.

5. All fact witnesses shall be sequestered, including during opening statements. Sequestration does not apply to expert witnesses or corporate representatives.

6. After a witness takes the stand, the witness shall not communicate with counsel or another witness concerning the case until the conclusion of the witness's testimony.

7. The parties will share equally the cost of a real-time feed of the transcript for the parties and the Court.

8. The parties have negotiated a stipulation of facts concerning the testimony of David Sass, in lieu of the Government's seeking leave to subpoena him to testify at trial.

November 8, 2006

Respectfully submitted,

/s/ Jonathan Lerner
Jonathan J. Lerner (attorney-of-record)
Lauren E. Aguiar

Four Times Square
New York, New York 10036-6522
Tel: (212) 735-3000
Fax: (212) 735-2000
Attorneys for Plaintiff
Huntleigh USA Corporation

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St. N.W.
Attn: Classification, 8th Floor
Washington DC 20530
Tel: (202) 305-7561
Fax: (202) 305-7644

Attorneys for Defendant

SO ORDERED

______________________________
Judge Lawrence Margolis

Jonathan J. Lerner (attorney-of-record)
Lauren E. Aguiar
Four Times Square
New York, New York 10036-6522
Tel: (212) 735-3000
Fax: (212) 735-2000
Attorneys for Plaintiff
Huntleigh USA Corporation

PETER D. KEISLER
Assistant Attorney General
s/David M. Cohen
DAVID M. COHEN
Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St. N.W.
Attn: Classification, 8th Floor
Washington DC 20530
Tel: (202) 616-0476
Fax: (202) 305-7644

Attorneys for Defendant

SO ORDERED

______________________________
Judge Lawrence Margolis