IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HUNTLEIGH USA CORPORATION, Plaintiff, v. THE UNITED STATES, Defendant. | No. 03-2670C (Judge Margolis) ECF Case |

**STIPULATION REGARDING DAVID W. SASS**

In lieu of the Government's seeking to subpoena David W. Sass to testify at trial or seeking to introduce at trial his deposition transcript from another proceeding, the parties stipulate, for purposes of the trial record, to the following facts concerning Mr. Sass:

1. He is a partner in the law firm of McLaughlin & Stern, 260 Madison Ave., New York, NY.

2. He is currently a member of the supervisory board of ICTS International N.V.

3. He was a member of the board of directors of plaintiff starting on November 30, 2001.

4. His law firm was acting as general counsel to both Huntleigh USA and ICTS in 2001.

5. He participated in negotiating the terms of Huntleigh's interim screening contract with TSA, Pl. Ex. 362, in late 2001 and early 2002.

6. He had previously negotiated amendments to some of Huntleigh's private contracts with American Airlines and United Airlines, among other customers.

7. Mr. Sass's principal point of contact within TSA was Anthony (Tony) Washington.

8. Mr. Sass personally believed at the time the interim contract was being negotiated that ATSA required the Government to "take over [Huntleigh's contracts] by

assignment and assume the existing contracts with the airlines" and that "[t]he contract[s] we had with the airlines, for example, would be assumed by the government on the same terms and conditions that we had with the airlines."

9. During the negotiations with TSA, Mr. Sass communicated to David Leitch, then general counsel of TSA, his view that the Government was not acting in conformance with a provision of ATSA.

10. Mr. Leitch responded to Mr. Sass that he did not agree that ATSA required assumption of Huntleigh's contracts with the airlines.

11. Mr. Sass personally believed that the Government did not assume any Huntleigh contract and that the Government did not take assignment of any Huntleigh contract.

November 8, 2006

Respectfully submitted,

/s/ Jonathan Lerner
Jonathan J. Lerner (attorney-of-record)
Lauren E. Aguiar

Four Times Square
New York, New York 10036-6522
Tel: (212) 735-3000
Fax: (212) 735-2000

Attorneys for Plaintiff
Huntleigh USA Corporation

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St. N.W.
Attn: Classification, 8th Floor
Washington DC 20530
Tel: (202) 305-7561
Fax: (202) 305-7644

Attorneys for Defendant

Respectfully submitted,

______________________________
Jonathan J. Lerner (attorney-of-record)
Lauren E. Aguiar
Four Times Square
New York, New York 10036-6522
Tel: (212) 735-3000
Fax: (212) 735-2000

Attorneys for Plaintiff
Huntleigh USA Corporation

PETER D. KEISLER
Assistant Attorney General
s/David M. Cohen
DAVID M. COHEN
Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St. N.W.
Attn: Classification, 8th Floor
Washington DC 20530
Tel: (202) 616-0476
Fax: (202) 305-7644

Attorneys for Defendant