# In the United States Court of Federal Claims

| | | |
|---|---|---|
| HUNTLEIGH USA CORPORATION, Plaintiff, | * | |
| v. | * | No. 03-2670C |
| THE UNITED STATES, Defendant. | * | (Filed: December 5, 2006) |

**O R D E R**

A trial in the above captioned case was held from November 13 to November 16, 2006, in Washington, D.C. **It is hereby ORDERED:**

The parties shall each file a brief containing proposed findings of fact and conclusions of law, not to exceed 40 typed, double-spaced pages in length, by December 20, 2006. The brief shall reference the trial transcript and documents admitted into evidence at the trial.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims