# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
HUNTLEIGH USA CORPORATION, *
*
Plaintiff, *
*
v. * No. 03-2670C
*
THE UNITED STATES, * (Filed: December 14, 2006)
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

The post-trial briefs containing proposed findings of fact and conclusions of law in the above captioned case, to be filed by December 20, 2006, shall not exceed 60 typed, double-spaced pages in length. **It is so ORDERED.**

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims