# In the United States Court of Federal Claims

| | | |
|---|---|---|
| HUNTLEIGH USA CORPORATION, Plaintiff, | * | |
| v. | * | No. 03-2670C |
| THE UNITED STATES, Defendant. | * | (Filed: December 14, 2006) |

## **O R D E R**

A hearing in court on the parties' post-trial briefs in the above-captioned case will be held on Wednesday, February 14, 2006, at 2:30 p.m. The courtroom shall be noted on the court calendar posted in the directory of the first floor lobby.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims