# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
HUNTLEIGH USA CORPORATION, *
Plaintiff, *
v. * No. 03-2670C
THE UNITED STATES, * (Filed: January 16, 2007)
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**<u>O R D E R</u>**

The hearing in court on the parties' post-trial briefs case set for February 14, 2007, in the above case, has been rescheduled to Tuesday, February 27, 2007, at 2:30 p.m. The courtroom shall be noted on the court calendar posted in the directory of the first floor lobby.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims