# In the United States Court of Federal Claims

**03-2670C**

**Filed: February 2, 2007**

**HUNTLEIGH USA CORPORATION**

**v.**

**THE UNITED STATES**

**CUMULATIVE INDEX (one volume)**
**Held in Washington, D.C.**
**November 13, 2006 through November 16, 2006**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.