PX - 2, 3, 4, 5, 7, 11, 13-38, 40-59, 61, 83, 85, 107, 109, 110, 112, 113, 116, 117, 119, 121, 123, 124, 125-129, 132, 138, 145, 151, 158, 167, 178, 243, 252, 273, 288A, 289, 290, 291, 292, 297, 298, 335, 342, 343, 350, 359, 367, 391, 450, 474, 480, 570, 572, 597, 600, 601, 616, 625, 700, 701, 703, 704, 709, 710, 711

DX - 8, 12, 18, 362