# In the United States Court of Federal Claims

**No. 03-2670 C**

**HUNTLEIGH USA CORPORATION,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed March 15, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, and judgment is in favor of defendant. Each side shall pay its own costs.

Brian Bishop
Clerk of Court

**March 16, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.