ORIGINAL

066515

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAY 11 2007
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HUNTLEIGH USA CORPORATION, | : | No. 03-2670C |
| Plaintiff, | : | (Judge Margolis) |
| - against - | : | ECF Case |
| THE UNITED STATES, | : | |
| | | **NOTICE OF APPEAL** |
| Defendant. | : | |

Notice is hereby given that Plaintiff Huntleigh USA Corporation ("Huntleigh") in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on March 16, 2007, which denied Huntleigh's Fifth Amendment takings claim and its claim for compensation under Section 101(g) of the Aviation and Transportation Security Act, Pub. L. No. 107-71, 115 Stat. 597 (2001).

Dated: May 10, 2007
New York, New York

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

Jonathan J. Lerner (attorney of record)
Lauren E. Aguiar
Four Times Square
New York, New York 10036-6522
Tel: (212) 735-3000
Fax: (212) 735-2000

Attorneys for Plaintiff Huntleigh USA Corporation

UNITED STATED COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HUNTLEIGH USA CORP., Plaintiff, | : | No. 03-2670C |
| -against- | : | AFFIDAVIT OF SERVICE |
| UNITED STATES Defendant. | : | |

DISTRICT OF COLUMBIA: SS

Denecchi L. Jackson being duly sworn, deposes and says:

1. I am over eighteen years of age, not a part to the action and am employed by Skadden, Arps. Slate, Meagher & Flom LLP, 1440 New York Avenue N.W. Washington, DC 20005.

2. That on the 11th day of May, 2007 I served a true copy of the

- ***Notice of Appeal***
- ***Federal Circuit Appeal Information Sheet***
- ***Transcript Purchase Order Form***
- ***Judgment, dated March 16, 2007***
- ***Opinion, dated March 15, 2007***

by Federal Express, overnight delivery upon:

Kyle E. Chadwick
U.S. Department of Justice
Civil Division - Commercial Litigation Branch
1100 L Street, NW, 8th Floor
Washington D.C. 20530
(202) 616-0476

Denecchi L. Jackson

Subscribed and Sworn to before me this
11th day of May, 2007.

Jonathan Kramer
Notary Public, D.C.
My Commission Expires May 31, 2011

Form 7

FORM 7. Appeal Information Sheet

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

☐ United States District Court for the ______________________

☐ United States Court of International Trade

☑ United States Court of Federal Claims

☐ United States Court of Appeals for Veterans Claims

Type of case: Fifth Amendment takings; Aviation and Transportation Security Act

Huntleigh USA Corp. v. United States

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No. 03-2670C Date of Judgment or Order 3/16/2007

Cross or related appeal? __________ Date of Notice of Appeal 5/11/2007

Appellant is: ☑ Plaintiff ☐ Defendant ☐ Other (explain)__________

FEES: Court of Appeals docket fee paid? ☑ Yes ☐ No

U.S. Appeal? ☐ Yes ☑ No

In forma pauperis? ☐ Yes ☑ No

Is this matter under seal? ☐ Yes ☑ No

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

Jonathan J. Lerner
Skadden, Arps, Slate,
Meagher & Flom LLP
Four Times Square
New York, NY 10036
(212) 735-3000
Attorney for Plaintiff Huntleigh USA Corp.

Kyle E. Chadwick
U.S. Department of Justice
Civil Division - Commercial Litigation Branch
1100 L Street, NW, 8th Floor
Washington D.C. 20530
(202) 616-0476
Attorney for Defendant United States

COURT REPORTER: (Name and telephone): Alan H. Brock, (202) 628-4888

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

Reset Fields

Form 22

**FORM 22. Transcript Purchase Order**

## United States Court of Appeals for the Federal Circuit

HUNTLEIGH USA CORPORATION ) Appeal from ☐ U.S. Discrict Court for ________
☐ Court of International Trade
☑ Claims Court

—VERSUS— ) TRIAL COURT NO. 03-2670c

UNITED STATES ) CIRCUIT COURT NO. ________

TRANSCRIPT PURCHASE ORDER
(See Rules 10(b) and 11(b) of the Federal Rules of Appellate Procedure)

PART I - TO BE COMPLETED BY THE APPELLANT WITHIN 10 DAYS OF FILING OF NOTICE OF APPEAL. When filing this form, distribute copies as follows: 3 copies to the court reporter; 1 copy to the Trial Court; 1 copy to the appellee; 1 copy retained by appellant.

A. Complete one of the following:

( ) A transcripts is not needed for the appeal
( ✓ ) A transcript is already on file
( ) Request is hereby made to the reporter for a transcript of the following proceedings (give particulars):

Note: voir dire and closing arguments are not prepared unless specifically requested.

Note: Unless the entire transcript is ordered, appellant must attach a statement of the issues to Copies 4 and 5.

B. I certify that financial arrangements have been made with the reporter. Payment is by:

( ) Private Funds
( ) Government expense (civil case). A motion for transcript has been submitted to the trial judge.

SIGNED [signature] DATE 5/10/07 COUNSEL FOR HUNTLEIGH USA CORP.
ADDRESS Four Times Square New York, New York 10036
TELEPHONE (212) 735-3000

PART II - TO BE COMPLETED BY THE COURT REPORTER
2 copies retained by the reporter; 1 copy to be transmitted to the Court of Appeals on same date transcript order is received.
Date Purchase Order received: ________
Estimated completion date: ________
Estimated number of pages: ________

I certify that satisfactory financial arrangements have/have not (strike one) been completed with appellant for payment of the cost of the transcript.

________
Signature and Date

Telephone ________

PART III - NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE TRIAL COURT.
(To be completed by court reporter on date of filing transcript in Trial Court and this notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed. ________ volumes of transcript have been filed with the Trial Court today.

________ Date

________ Signature

Reset Fields

# In the United States Court of Federal Claims

**No. 03-2670 C**

**HUNTLEIGH USA CORPORATION,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed March 15, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, and judgment is in favor of defendant. Each side shall pay its own costs.

Brian Bishop
Clerk of Court

**March 16, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.